

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE )) PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 JUL. 02. 2015

RE: WR-82,652-01

PRESIDING JUDGE 63RD JUDICIAL DISTRICT
100 EAST BROADWAY
2ND FLOOR
DEL RIO, TX

NIXIE          782          DE     1  270          0007/08/15

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC:        78711230808          *2193-01411-08-13

47  EVE-N3P87711230808